■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY YOUNG, Appellant. [771 NYS2d 364]—

Appeal by the defendant from a judgment of the Supreme Court, Kings County (Chambers, J.), rendered August 14, 2000, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The Supreme Court properly denied the defendant's request for a missing witness charge since he failed to demonstrate that the uncalled witness would be expected to testify in the People's favor (*see People v Kitching,* 78 NY2d 532 [1991]; *People v Gonzalez,* 68 NY2d 424 [1986]). We note that the People cannot

raise the issue of untimeliness of the defendant's request for a missing witness charge for the first time on appeal (*see People v Erts,* 73 NY2d 872, 874 [1988]; *People v Martin,* 208 AD2d 770 [1994]; *People v Farrow,* 187 AD2d 667 [1992]; *People v Brown,* 183 AD2d 569, 570 [1992]).

The defendant's remaining contention raised in his supplemental pro se brief is without merit. Smith, J.P., Goldstein, Luciano and Adams, JJ., concur.